IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   CASE NO. 1:99-cr-00069-MP -AK

JEAN DENIS LOUISSAINT,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 289, Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(2) by Jean Denis Louissaint. The Court previously denied Defendant's § 3582 Motion to Reduce Sentence based on Amendments 706 and 711 to the United States Sentencing Guidelines. Docs. 280 and 283. Defendant asserts that "since the time of that denial, this Honorable Court has adopted a completely different methodology in sentencing, using a lower ratio, which would lower [his] sentence substantially." Doc. 289 at 2.

Defendant is mistaken. The 2007 amendments to § 2D1.1 of the Sentencing Guidelines, raised the quantity of cocaine base to trigger the highest Base Offense Level (Level 38) from 1.5 kilograms or more to 4.5 kilograms or more. Defendant was responsible for 568 kilograms of cocaine base. Thus, Defendant Louissaint's Base Offense Level remains at level 38, with the Total Offense Level remaining at level 40. Because no change in the Total Offense Level resulted from the amendments to the Sentencing Guidelines, Defendant's recalculated Guideline is still 292 months to 365 months. Since Defendant's current sentence is at the bottom of the amended Guideline range, the Court finds that Defendant Louissaint is not entitled to a reduction

in his sentence.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendant's Motion to Reduce Sentence, Doc. 289, is DENIED.

**DONE AND ORDERED** this  *2nd* day of March, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge