IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 1:99-cr-00069-MP-GRJ-1

JEAN DENIS LOUISSAINT,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 8, 2013. (Doc. 310). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

The Report and Recommendation addresses Defendant's motion to vacate, set aside, or correct sentence pursuant 28 U.S.C. § 2255, at Doc. 304. As the Report correctly concludes, this Court lacks jurisdiction to consider Defendant's motion. The motion constitutes a second or successive application for § 2255 relief. (*See* Doc. 213). Before a court may consider a second or successive application, a defendant must obtain authorization from the appropriate circuit court of appeals. *See* 28 U.S.C. § 2255(h); *Felker v. Turpin*, 518 U.S. 651 (1996); *Carter v. United States*, 405 Fed. App'x 409 (11th Cir. 2010). Since Defendant has yet to obtain authorization from the Eleventh Circuit, this Court is prohibited from considering Defendant's motion.

Rather than filing an objection, Defendant responded by filing yet another motion to vacate under § 2255. (Doc. 317). However, Defendant still has not obtained authorization from the Eleventh Circuit to file such a motion. Consequently, this Court lacks jurisdiction to consider either of Defendant's successive motions for § 2255 relief.

Finally, Defendant also filed a motion for production of copies of transcripts at the government's expense, in support of his § 2255 motions. (Doc. 314). Pursuant to 28 U.S.C. § 753(f), the government must pay transcription fees for certain copies requested by a defendant in a § 2255 proceeding where the court has permitted the defendant to proceed *in forma pauperis*. To date, this Court has not permitted Defendant to proceed *in forma pauperis* as to any of his § 2255 motions. Furthermore, to warrant production under this statute, the court must first certify that the § 2255 proceeding is not frivolous. *See* § 753(f). Since Defendant has yet to obtain authorization from the Eleventh Circuit for either of his successive applications for § 2255 relief, these motions are frivolous, and Defendant's motion for transcripts must be denied.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation (Doc. 310) is adopted and incorporated by reference in this order.

2. Defendant's motions to vacate pursuant to 28 U.S.C. § 2255 (Docs. 304, 317) are DISMISSED as this Court lacks jurisdiction to consider successive motions absent authorization from the Eleventh Circuit.

3. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases in the U.S. District Courts.

4. Defendant's motion for transcripts (Doc. 314) is DENIED.

**DONE AND ORDERED** this    20th    day of February, 2014


                *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge